**Zheng XIANG, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14-73889**

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 19, 2016

Thomas Ogden, Counsel, Law Offices of Thomas Ogden, Alhambra, CA, for Petitioner

Jenny C. Lee, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**MEMORANDUM \*\***

Zheng Xiang, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Avagyan v. Holder*, 646 F.3d 672, 674 (9th Cir. 2011). We deny the petition for review.

Xiang does not challenge the BIA's ineffective assistance of counsel determinations regarding failure to establish insufficient performance and prejudice, and thus waives any challenge to those dispositive determinations. *See Rizk v. Holder*, 629 F.3d 1083, 1091 n.3 (9th Cir. 2011) (issues not raised in the opening brief are waived).

Because the ineffective assistance of counsel determinations are dispositive, we need not address Xiang's contentions regarding compliance with the procedural prerequisites set out in *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988). *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.